**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota, by its Attorney General, Mike Hatch,

Plaintiff,

vs.

Fleet Mortgage Corporation, a South Carolina corporation.

Defendant.

Court File No. 01-CV-48/ADM/AJB

**JOINT STIPULATION AND ORDER**

WHEREAS, Fleet Mortgage Corporation ("Fleet Mortgage") has produced to the State of Minnesota certain documents and things, and has designated such materials "confidential" or "trade secret," and the State disputes that some or all of the materials contain trade secrets;

WHEREAS, Fleet Mortgage has filed a Motion for a Protective Order that is scheduled to be heard by the Court on March 23, 2001 and has served on the State a Motion to Dismiss that is set to be filed with this Court on March 23, 2001;

WHEREAS, the State has opposed these motions;

WHEREAS, Fleet Mortgage has agreed to request a continuation of the hearing on its Motion for a Protective Order to allow the parties to attempt to negotiate an agreement regarding the treatment of such documents; and

WHEREAS, the State asserts that the contract served as Exhibit A to Fleet Mortgage's Memorandum in Support of its Motion to Dismiss and the telemarketing script served as Exhibit B to that Memorandum, designated by Fleet Mortgage as trade secret documents, do not contain trade secrets, but the State nonetheless agrees to entry of this Stipulated Order governing

FILED MAR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

disclosure of these documents to allow the parties time to seek a resolution of their dispute regarding a protective order;

IT IS HEREBY AGREED THAT:

1. The State will not publicly disclose documents that Fleet Mortgage has provided to the State and has marked "confidential" or "trade secret," without regard to whether those documents actually contain trade secrets within the meaning of Minn. Stat. §13.37 (2000), for a period of sixty days from the date of this agreement, unless the State provides two weeks prior notice to Fleet Mortgage of its intent to disclose such documents during the sixty day period. At least until any dispute is resolved over the disclosure of such documents, they will not be publicly disclosed within the sixty day period.

2. In the thirty days following entry of this Order, the parties will engage in good faith negotiations to resolve their disputes or narrow the disputed issues regarding the treatment of documents and materials already provided by Fleet Mortgage to the Office of the Attorney General, and regarding the treatment of documents and materials sought in discovery in this litigation. At the end of this thirty day period, Defendant shall have two weeks to renew its motion before this Court for a protective order regarding any matters unresolved by the parties, and shall file appropriate papers in support of its motion.

3. Upon filing the pleadings and exhibits related to Fleet Mortgage's Motion to Dismiss the Complaint, Fleet Mortgage will substitute the document served as Exhibit E to the State of Minnesota's Memorandum in Opposition to Defendant's Motion to Dismiss for the document filed as Exhibit A to Fleet Mortgage's Memorandum in Support of Its Motion.

4. Upon filing the pleadings and exhibits related to Fleet Mortgage's Motion to Dismiss the Complaint, Fleet Mortgage will file under seal Exhibit B to Fleet Mortgage's

Memorandum in Support of Its Motion pending a negotiated agreement regarding the treatment of this document or resolution by this Court of the propriety of sealing this document in accord with this Stipulated Order.

IT IS SO STIPULATED

Dated: 3/23/01

MIKE HATCH
Attorney General
State of Minnesota

PRENTISS COX
Assistant Attorney General
Atty. Reg. No. 218844

445 Minnesota Street, #1400
St. Paul, Minnesota 55101-2131
(651) 297-4606 (Voice)
(651) 297-7206 (TTY)

ATTORNEYS FOR
STATE OF MINNESOTA

Dated: 3/22/01

SKADDEN, ARPS, SLATE
MEAGHER & FLOM, LLP

Gary DiBianco

Andrew L. Sandler
Gary DiBianco

1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000 (Voice)

BRIGGS AND MORGAN, P.A.
2000 First National Bank Building
332 Minnesota Street
St. Paul, MN
(651) 223-6600

ATTORNEYS FOR
FLEET MORTGAGE CORPORATION

IT IS SO ORDERED:

Dated: 3/26/01

UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.