**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota by its Attorney General, Mike Hatch

Plaintiff,

vs.

Fleet Mortgage Corporation, a South Carolina corporation,

Defendant.

Court File No. 01-CV-48/ADM/AJB

**JOINT STIPULATION AND ORDER TO EXTEND PRETRIAL CONFERENCE DEADLINES**

**WHEREAS,** on April 24, 2001, the parties in this matter filed a Joint Rule 26 (f) Report with various deadlines keyed to resolution of Defendant's Motion to Dismiss;

**WHEREAS,** on June 18, 2001, Defendant filed a Motion for Leave to Submit Supplemental Authorities in Support of the Motion to Dismiss;

**WHEREAS,** on June 19, 2001, the Court denied Defendant's Motion to Dismiss. The Court further denied as untimely Defendant's Motion for Leave to Submit Supplemental Authorities in Support of the Motion to Dismiss, but did so "without prejudice to bringing a Motion to Dismiss" on "the issue of whether the Telemarketing Act applies to Fleet Mortgage as a subsidiary of a national bank;"

**WHEREAS,** Defendant intends to bring a second Motion to Dismiss on this ground, which the State will oppose;

**THEREFORE, IT IS HEREBY AGREED THAT FOR GOOD CAUSE SHOWN:**

1. All deadlines in the Notice of Pretrial Conference filed June 20, 2001 shall be continued pending resolution of Defendant's second Motion to Dismiss, at which time an Amended Notice of Pretrial Conference report shall be issued. The parties agree that the

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

deadlines continued shall include deadlines to discuss or disclose matters required by Rules 16 (c) and 26 (f) and the directive to engage in settlement discussions and/or submit settlement statements; and

2. The parties agree that Defendant's time to answer or otherwise plead is continued until July 16, 2001. Defendant shall serve and file its second Motion to Dismiss as permitted by the Court's Memorandum Opinion and Order of June 19, 2001, ¶ 2, on July 16, 2001, with responsive and reply briefs submitted as provided in the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: June 26, 2001

Respectfully submitted,

MIKE HATCH
Attorney General
State of Minnesota

Karen D. Olson
KAREN D. OLSON
Assistant Attorney General
Atty. Reg. No. 0254605

PRENTISS COX
Assistant Attorney General
Atty. Reg. No. 218844

445 Minnesota St., #1400
St. Paul, MN 55101-2130
(651) 297-4606 (Voice)
(651) 296-1410 (TTY)

ATTORNEYS FOR
STATE OF MINNESOTA

Dated: June 27, 2001

BRIGGS AND MORGAN, P.A.
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 223-6600

Alan H. Maclin

Alan H. Maclin, Attorney Reg. No. 66102
Lisa Agrimonti, Attorney Reg. No. 27274

SKADDEN, ARPS, SLATE
MEAGHER & FLOM, LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000

Andrew L. Sandler

Andrew L. Sandler
Gary DiBianco

ATTORNEYS FOR
FLEET MORTGAGE CORPORATION

**IT IS SO ORDERED:**

Dated: 6/28/01

UNITED STATES MAGISTRATE JUDGE
ARTHUR J. BOYLAN

AG: 489470,v. 01