UNITED STATES DISTRICT COURT
District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

Case Title: State of Minnesota v. Fleet Mortgage Corp. Case Number: 01-CV-48 ADM/AJB

PETITION FOR ADMISSION PRO HAC VICE
FOR U.S. GOVERNMENT ATTORNEY USE ONLY
(Filing Fee Waived)

Affidavit of Proposed Admittee

I, Frederick G. Petrick Jr., am currently a member in good standing of the bar of the United States District Court for the ——— District of District of Columbia, but not admitted to the bar of this court. I will be representing the Office of the Comptroller of the Currency (Government Agency) in the action listed above.

[signature] 9/13/2001
Signature Date
State I.D.: North Carolina #16183

Govt Agency: Office of the Comptroller of the Currency
Suite/Building: ———
Street Address: 250 E Street, S.W. Mail Stop 8-11
P.O. Box #: ———
City State Zip Washington, DC 20219
Telephone: (202) 874-5280
Fax: (202) 874-5279

Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature] 9/13/01
Signature Date

Name: Paul E. Clisum
Title: Exec. Assistant Law Dept.
U.S. Agency: Comptroller of the Currency

Motion Granted: [signature] SEP 13 2001
For the Court: Francis E. Dosal, Clerk Date

SEP 13 2001

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ———
DEPUTY CLERK [initials]

*Application pending under Local Rule 83.2(e).

NO.118 P.4/5 LITIGATION 3:38PM SEP.13.2001