RECEIVED
BY MAIL
SEP 17 2001
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

Case Title: State of Minnesota v. Fleet Mortgage Corp. Case Number: 01-CV-48 ADM/AJB

# PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

## Affidavit of Proposed Admittee

I, Frederick G. Petrick, Jr., am currently a member in good standing of the bar of the United States District Court for the ——— District of District of Columbia, but not admitted to the bar of this court. I will be representing the Office of the Comptroller of the Currency (Government Agency) in the action listed above.

[signature] 9/13/2001
Signature Date

State I.D.: North Carolina #16183

Govt Agency: Office of the Comptroller of the Currency
Suite/Building: ———
Street Address: 250 E Street, S.W. Mail Stop 8-11
P.O. Box #: ———
City State Zip Washington, DC 20219
Telephone: (202) 874-5280
Fax: (202) 874-5279

## Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature] 9/13/01
Signature Date

Name: PAUL E. CHISUM
Title: EXEC. ASSISTANT LAW DEPT.
U.S. Agency: COMPTROLLER OF THE CURRENCY

Motion Granted: [signature] SEP 17 2001
For the Court: Francis E. Dosal, Clerk Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK

*Application pending under Local Rule 83.2(e).

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500