RECEIVED BY MAIL SEP 25 2001 CLERK US DIST COURT ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

Case Title: State of Minnesota v. Fleet Mortgage Corp. Case Number: 01-CV-48 ADM/AJB

## PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, L. Robert Griffin, am currently a member in good standing of the bar of the United States District Court for the District District of Columbia, but not admitted to the bar of this court. I will be representing Comptroller of the Currency (Government Agency) in the action listed above.

L. Robert Griffin
Signature
State I.D.: 211740 (Mass.)

9/20/2001
Date
Govt Agency: Comptroller of the Currency
Suite/Building: 8-11
Street Address: 250 E. Street, SW
P.O. Box #:
City State Zip Washington, D.C. 20219
Telephone:( ) (202) 874-5280
Fax:( ) (202) 874-5279

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature]
Signature
Exec. Assistant Law Dept.

9/20/01
Date

Name: Paul E. Allison
Title: Exec. Assistant, Law
U.S. Agency: Comptroller of the Currency

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

SEP 25 2001
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK