# UNITED STATES DISTRICT COURT

District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

RECEIVED
01 OCT -1 AM 8:52
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Case Title: State of Minnesota v. Fleet Mortgage Corp.    Case Number: 01-CV-48 ADM/AJB

## PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, John F. Daly, am currently a member in good standing of the bar of the United States District Court for the ______ District of Columbia, but not admitted to the bar of this court. I will be representing Federal Trade Commission (Government Agency) in the action listed above.

Signature: [signature]    Date: 9/28/01

State I.D.: 250217

Govt Agency: Federal Trade Commission
Suite/Building: Room 582
Street Address: 600 Pennsylvania Ave., N.W.
P.O. Box #:
City State Zip: Washington, D.C. 20580
Telephone:( ) 202-326-2244
Fax:( ) 202-326-2477

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature: [signature]    Date: 9/28/01

Name: John D. Graubert
Title: Principal Deputy General Counsel
U.S. Agency: Federal Trade Commission

Motion Granted: [signature]    OCT 01 2001
For the Court: Francis E. Dosal, Clerk    Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______