**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota,

Civil No. 01-48 ADM/AJB

Plaintiff,

v.

**ORDER ON MOTION FOR LEAVE TO FILE *AMICUS CURIAE* MEMORANDUM**

Fleet Mortgage Corporation,

Defendant.

This matter is before the Court on the motion by a non-party, Comptroller of Currency, for leave to file an *amicus curiae* memorandum on issues relating to a pending motion to dismiss. The matter of *amicus curiae* submissions has been addressed by the District Court and the memorandum of the Comptroller of Currency has been accepted for consideration by the District Court. The motion is therefore **moot** [Docket No. 40].

Dated: 11/28/01

Arthur J. Boylan
United States Magistrate Judge

NOV 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK