UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATE OF MINNESOTA,

Plaintiff,

v.

FLEET MORTGAGE CORPORATION,

Defendant.

Civil No. 01-48 ADM/AJB

NOTICE OF HEARING

---

You are hereby given notice that a status conference will be held on January 29, 2002, at 3:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: January 18, 2002.

Arthur J Boylan

Arthur J. Boylan
United States Magistrate Judge

Filed JAN 18 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________