UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STATE OF MINNESOTA,

Plaintiff,

v.

FLEET MORTGAGE CORPORATION,

Defendant.

Civil No. 01-48 ADM/AJB

NOTICE OF SETTLEMENT CONFERENCE

A settlement conference will be held on **March 12, 2002, at 2:30 p.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.

Dated: 2/21/02

Arthur J. Boylan
United States Magistrate Judge

Filed FEB 21 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______