ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota, by its Attorney General, Mike Hatch,

Plaintiff,

vs.

Fleet Mortgage Corporation, a South Carolina corporation,

Defendant.

Court File No. 01-CV-48/ADM/AJB

**ORDER FOR RESTITUTION**

This matter came before the Court on May 9, 2002 on motion of Plaintiff State of Minnesota, by its Attorney General Mike Hatch, for approval of an Order of Restitution pursuant to the Stipulation to Settlement entered by the parties. Prentiss Cox, Assistant Attorney General, appeared for the plaintiff; Alan H. Maclin appeared for defendant.

Based on the Plaintiff's motion and all records and proceedings in this matter,

IT IS HEREBY ORDERED that restitution shall be distributed to Minnesota consumers as follows:

1. The State shall establish a Restitution Fund for purposes of distributing restitution as provided in this Order. The Restitution Fund shall be in an interest bearing account with the State of Minnesota. The $200,000.00 payment required by FleetBoston Financial Corporation under paragraph 7 of the Stipulation to Settlement shall be deposited into this Restitution Fund.

2. Each Minnesota customer of Fleet Mortgage Corporation whose mortgage account was charged for a membership program shall be made an offer of restitution. A Minnesota consumer stating that he or she was charged for a membership program without express authorization for the charge shall be deemed an Eligible Consumer for purposes of this Order. Each Eligible Consumer shall be entitled to restitution equal to the amount of

FILED RICHARD D. SLETTEN, CLERK JUDGMENT ENTD

membership program charges paid by the consumer on his or her mortgage account with Fleet Mortgage Corporation. For consumers whose mortgage account servicing was transferred from Fleet Mortgage Corporation to Washington Mutual Home Loans, Inc., restitution shall also include any amounts paid for membership program charges on the consumer's Washington Mutual mortgage account up to the date of the mailing of Claim Forms under paragraph 3 of this Order.

3. The Minnesota Attorney General's Office shall send a Claim Form, in the form of attached as Exhibit #1, to each Eligible Consumer. The Claim Forms shall be sent no later than 30 days following the receipt of information required under paragraph 5 of the Stipulation to Settlement, or 30 days following the date of entry of this Order, whichever is later. The State shall continue to make the Claim Forms available to consumers, and accept Claim Forms from consumers, until November 30, 2002.

4. Each Claim Form shall be sent with a self-addressed return envelope and a letter describing this case and the restitution offer and procedures described in this Order. The letter to the consumer shall identify the amount of membership charges paid by the consumer as stated in the data submitted by defendant under paragraph 5 of the Stipulation to Settlement. The letter shall notify the consumer of the right to claim additional restitution if the consumer can provide written documentation of charges in excess of the amount stated in the data submitted by defendant under paragraph 5 of the Stipulation to Settlement. The letter also shall include a phone number and address for the consumer to contact for more information on cancelling charges for the membership program.

5. The State shall send Restitution to each consumer returning a completed Claim Form. The first allocation of Restitution shall be to consumers who filed a Claim Form within

90 days of the date that the State sent the Claim Forms under paragraph 3 of this Order. This allocation shall occur within 14 days of the end of this 90 day period.

6. Restitution shall be distributed from the Restitution Fund in the form of checks or warrants that the consumer must deposit within 60 days of the date that the check or warrant was issued. The checks or warrants shall state "Void after 60 days". Any amounts attributable to checks or warrants not deposited within 60 days shall be credited to the Restitution Fund.

7. A second allocation of Restitution shall be made between December 1, 2002 and February 28, 2003. Restitution in this second allocation shall include the following: consumers who submitted a Claim Form more than 90 days after the mailing of Claim Forms under paragraph 3 but prior to December 1, 2002; and consumers who failed to deposit their checks or warrants within 60 days of issue of the first allocation of Restitution if the State obtains an oral or written request form the consumer to re-issue the check or warrant. Restitution shall be issued in the form provided in paragraph 6 of this Order.

8. On Order of this Court, the State may direct payment from the Restitution Fund of its costs reasonably incurred in notifying consumers of this Restitution procedure, including printing and postage expenses. The State shall file a request with the Magistrate Judge for these expenses and serve a copy of this request by U. S. Mail on counsel for defendants.

9. Notwithstanding any other paragraph of this Order, the State shall pro-rate the amount of restitution paid to each consumer if the total claims for Restitution exceed the amount available in the Restitution Fund on the day of allocation.

10. Any funds remaining in the Restitution Fund 120 days following the date of the second allocation of Restitution Funds shall be paid to the State of Minnesota General Fund as a payment under Minnesota Statutes section 8.31.

11. This Court shall retain jurisdiction over this matter for the purposes of administration of restitution as provided herein.

Date: May 9, 2002

Honorable Ann D. Montgomery
U.S. District Court Judge

AG: #584651 v1

# FLEET MORTGAGE REFUND CLAIM FORM

Name: ______________________________________

Address: ______________________________________

______________________________________

______________________________________

Phone: ______________________________________

I did not expressly authorize the charges on my mortgage account for a membership program. I request a refund of membership program charges.

______________________________________
Signature

EXHIBIT
tabbies
1