**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota, by its Attorney General, Mike Hatch,

Plaintiff,

vs.

Fleet Mortgage Corporation, a South Carolina corporation,

Defendant.

Court File No. 01-CV-48/ADM/AJB

**AMENDED ORDER FOR RESTITUTION**

This matter came before the Court on ________________, 2002 upon request of the parties for an Amended Order for Restitution. Based on the parties' stipulation and all records and proceedings in this matter,

IT IS HEREBY ORDERED that Paragraph 2 of this Court's May 9, 2002 Order for Restitution is amended to read as follows:

2. Each Minnesota customer of Fleet Mortgage Corporation whose mortgage account was charged for a membership program shall be made an offer of restitution. A Minnesota consumer stating that he or she was charged for a membership program without express authorization for the charge shall be deemed an Eligible Consumer for purposes of this Order. Each Eligible Consumer shall be entitled to restitution equal to the amount of membership program charges paid by the consumer on his or her mortgage account with Fleet Mortgage Corporation. For consumers whose mortgage account servicing was transferred from Fleet Mortgage Corporation to Washington Mutual Home Loans, Inc., restitution shall include any amounts paid for membership program charges on the consumer's Washington Mutual mortgage account until March 31, 2002 or until the date of cancellation of the membership

FILED 8-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

program in response to receipt of the Claim Form provided for in this Order, whichever amount is greater.

Date: August 2, 2002

Honorable Ann D. Montgomery
U.S. District Court Judge

AG: #692226-v1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

State of Minnesota, by its Attorney General, Mike Hatch,

Plaintiff,

vs.

Fleet Mortgage Corporation, a South Carolina corporation,

Defendant.

Court File No. 01-CV-48/ADM/AJB

**STIPULATION TO AMENDMENT OF ORDER FOR RESTITUTION**

Plaintiff State of Minnesota, by its Attorney General Mike Hatch, defendant Fleet Mortgage Corporation ("FMC"), and FleetBoston Financial Corporation ("Fleet Boston"), stipulate and agree as follows:

1. The Court entered an Order for Restitution in the above-captioned matter on May 9, 2002. Paragraph 11 of that Order provides that the Court retains jurisdiction over the restitution program established in that Order.

2. The parties seek to amend Paragraph 2 of the May 9, 2002 Order to allow payment of restitution to consumers who were charged for a membership service program as of the date claim forms were mailed to consumers, June 12, 2002. The proposed amended Paragraph 2 would allow payments to these consumers for amounts charged between the date of the data submitted by defendant FMC, and the date of cancellation of the program by the consumer. The State estimates that approximately 350 - 400 consumers will receive additional restitution of approximately $30.

FILED____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. The parties stipulate to requesting entry of the attached Amended Order of Restitution. The parties further stipulate to submission of this proposed Order to the Court on written application by the State.

Dated: July 9, 2002

Respectfully submitted,

MIKE HATCH
Attorney General
State of Minnesota

PRENTISS COX
Assistant Attorney General
Atty. Reg. No. 218844

445 Minnesota Street, #1400
St. Paul, Minnesota 55101-2131
(651) 297-4606 (Voice)
(651) 297-7206 (TTY)

ATTORNEYS FOR
STATE OF MINNESOTA

Dated: July 24, 2002

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP

GARY DIBIANCO
Atty. Reg. No.
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000

ATTORNEYS FOR FLEET MORTGAGE
CORPORATION AND FLEETBOSTON
FINANCIAL CORPORATION

AG: #692146-v1